# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ALLAN E. OWEN & MELINDA L. OWEN-DISM AS TO MELINDA ONLY    Case Number: 07-70502
121 HARVEST GLENN DRIVE          SSN-xxx-xx-7848 & xxx-xx-6884
DAVIS JUNCTION, IL 61020

*Converted As To Allan* (handwritten)

Case filed on: 3/8/2007
Plan Confirmed on: 6/14/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,080.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 322.92 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 322.92 | 0.00 |
| 013 | KCA FINANCIAL SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | KEVIN L. STINNETT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | LEE COUNTY COURT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ALLAN E. OWEN | 0.00 | 0.00 | 480.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 480.00 | 0.00 |
| 001 | INDY MAC BANK | 7,455.50 | 7,455.50 | 0.00 | 0.00 |
| 002 | THE NATIONAL BANK & TRUST CO SYCAMORE | 1,211.72 | 100.00 | 56.78 | 2.89 |
| 003 | WFS FINANCIAL | 14,422.45 | 14,422.45 | 653.75 | 465.13 |
| 050 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 23,089.67 | 21,977.95 | 710.53 | 468.02 |
| 002 | THE NATIONAL BANK & TRUST CO SYCAMORE | 0.00 | 1,111.72 | 0.00 | 0.00 |
| 003 | WFS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | APPLIED CREDIT BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BOOK OF THE MONTH CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BRIAN BEMIS AUTO MALL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 586.24 | 586.24 | 0.00 | 0.00 |
| 010 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DELNOR COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PREMIER BANKCARD/CHARTER | 490.20 | 490.20 | 0.00 | 0.00 |
| 015 | CREDITORS BANKRUPTCY SERVICE | 502.67 | 502.67 | 0.00 | 0.00 |
| 016 | HIGH RISK OBSTETRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 2,963.68 | 2,963.68 | 0.00 | 0.00 |
| 018 | HUGHES NETWORK SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ICH SWEDISH AMERICAN EMERGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDITORS BANKRUPTCY SERVICE | 254.88 | 254.88 | 0.00 | 0.00 |
| 022 | NEAL & VIRGINIA OWEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NUVELL CREDIT COMPANY LLC | 8,445.38 | 8,445.38 | 0.00 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 522.45 | 522.45 | 0.00 | 0.00 |
| 025 | GE CONSUMER FINANCE | 337.20 | 337.20 | 0.00 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 2,051.32 | 2,051.32 | 0.00 | 0.00 |
| 027 | RMH PATHOLOGISTS, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SCHOLASTIC - BABYS FIRST DISNEY BOOKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | LVNV FUNDING LLC | 1,627.98 | 1,627.98 | 0.00 | 0.00 |
| 035 | CREDITORS BANKRUPTCY SERVICE | 1,097.28 | 1,097.28 | 0.00 | 0.00 |
| 036 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SURGICAL ASSOCIATES OF NORTHERN IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | TABOR LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | THE HELP CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | THE NATIONAL BANK & TRUST COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | THROUGH THE COUNTRY DOOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | TRANSFORMING DEBTS INTO WEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | | | | | |
|---|---|---|---|---|---|
| 045 | WASHINGTON MUTUAL CARD SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | LVNV FUNDING LLC | 840.54 | 840.54 | 0.00 | 0.00 |
| 047 | WELLS FARGO FINANCIAL | 897.67 | 897.67 | 0.00 | 0.00 |
| 048 | WELLS FARGO FINANCIAL | 2,025.92 | 2,025.92 | 0.00 | 0.00 |
| 049 | WILLIAMS MCCARTHY, LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | RJM ACQUISITIONS FUNDING LLC | 108.31 | 108.31 | 0.00 | 0.00 |
| 052 | CREDITORS BANKRUPTCY SERVICE | 363.12 | 363.12 | 0.00 | 0.00 |
| 053 | CREDITORS BANKRUPTCY SERVICE | 799.91 | 799.91 | 0.00 | 0.00 |
| | Total Unsecured | 23,914.75 | 25,026.47 | 0.00 | 0.00 |
| | Grand Total: | 49,504.42 | 49,504.42 | 1,513.45 | 468.02 |

Total Paid Claimant:    $1,981.47
Trustee Allowance:      $98.53
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_____
Lydia S. Meyer, Trustee    NOT VALID ON CHECKS

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney

Dated at Rockford, IL on  SEP 2 7 2007            By _____